|                              |   |                           |
|------------------------------|---|---------------------------|
| UNITED STATES DISTRICT COURT |   | EASTERN DISTRICT OF TEXAS |

ERVIN LEE MCFERRIN, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:15-CV-98
§
TERRY OAKS, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ervin Lee McFerrin, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Terry Oaks, Gideon Daniel, Brendon Dunlap, Carol Nichols, and Laura Midkiff.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting defendants' motion for judgment on the pleadings.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#28) is **ADOPTED**. Defendants' motion for

judgment on the pleadings (#23) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 19th day of September, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE